# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK



RECEIVED APR 0 4 2022 U.S.D.C. W.P.

_____

Antoine Flowers
_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Donald Sehl #951232, Fred Dorch #930388, Albert Gonzalez #941828, Michael Best #948866, John doe, John doe, New York Police Department, City of New York City
_____
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No



RECEIVED APR 0 4 2022 PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Antoine / Eddie / Flowers
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Rikers Island (241-20-02182), Attica (21A1240), NYSID 09106357M
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Attica Correctional Facility
Current Place of Detention

P.O. Box 149
Institutional Address

Attica / New York / 14011
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
- First Name: Sehl
- Last Name: Donald
- Shield #: 951232
- Current Job Title (or other identifying information): Detective
- Current Work Address: 1 Police Plaza
- County, City: New York
- State: NY
- Zip Code: 10038

**Defendant 2:**
- First Name: Fred
- Last Name: Dorch
- Shield #: 938388
- Current Job Title (or other identifying information): Detective
- Current Work Address: 1 Police Plaza
- County, City: New York
- State: N.Y
- Zip Code: 10038

**Defendant 3:**
- First Name: Albert
- Last Name: Gonzalez
- Shield #: 941828
- Current Job Title (or other identifying information): Detective
- Current Work Address: 1 Police Plaza
- County, City: New York
- State: N.Y.
- Zip Code: 10038

**Defendant 4:**
- First Name: Michael
- Last Name: Best
- Shield #: 948866
- Current Job Title (or other identifying information): Detective
- Current Work Address: 1 Police Plaza
- County, City: New York
- State: NY
- Zip Code: 10038

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Corner of East 168 street Boston Road Bronx, NY 10456

Date(s) of occurrence: December 4, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On december 4, 2020 at 7:00pm on the corner of East 168 street Boston Road multiple officers; plan clothes undercover officers that were'nt wearing body-cameras approached me. Four (4) of them decided to search me, A officer, each held my arms and two officers went behind me. Both officers behind me pulled down my pants and underwear I instantly try'd to turn around but was pushed and held forcably against a car by the two officers that were holding me. One of the two officers behind me then forced one of his fingers into my rectum. I started to scream very loud that "he has his finger in my ass" repeatedly. The officer then penitrated his finger in and out my rectum 3 to 4 times, when I started to cry he took his finger out then the other officer behind me decided to take his hand and swipe up and down the crack of my buttocks. I looked at the other officers that stood by and watched, I asked (screamed) while crying; "why are ya'll standing there letting them

do this to me". The two officers behind me pulled my underwear and pants up then one of them wispered "that's for recording us when we got your boy donte", referring to a video I recorded of plan clothes undercover officers pulling down my friend Donte Joe underwear and pants and placing their hands (fingers) into his rectum and buttocks. Nothing was found on me at the sceen but then I was later ~~treat~~ threaten,

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Sexual assault, Assaulted, constitutional Rights, Sodomized, ~~sodomized~~,

I was taken to lincoln hospital where I was refused medical treatment for being sexually assaulted by an chiness/Asian Male ~~doto~~ doctor.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

- Injunctive Relief
- Declaratory Relief
- Compensatory Damages 50 million

abused, and forced to give a recorded statement about crimes that I didn't committ (while at the 42nd Precint). Befor I was forced to give the statement I was taken ~~int~~ forcably while handcuffed and shaqueld into the bathroom by the same 4 officers inside the finger print room of the 42nd precint where there are several CCTV cameras. My pants and underwear were pulled down again for the second time, right befor the officer put his finger in my rectum he said "I bet after this you wont record us anymore and your going to admitte to those charges or you will never see your son or the streets again." The officer then jammed his finger into my rectum and I started to scream kicking the bathroom door open and facing the bathroom was the holding cells where other incarcerated individuals were and witness what the officers were doing. The officer with his finger in my rectum was standing close to the door, he then took his finger out of my rectum, closed the door and placed his finger back in my rectum again. In a penitration motion he jammed his finger in my rectum, while leaving his finger in my rectum he grabbed the back of my neck and

slammed my face into the wall and said "you're going to go in the interview room and admitte these drugs and gun charges, your going to tell us on camera you found the gun in a tunnel of a train station and you took the drugs from someone of the streets from block I was ~~arreste~~ arrested on or you will never see your son or the streets again". The officer then took his finger out of my rectum and pulled my underwear and pants back up. When I was taken out of the bathroom I immediatly asked to go to the hospital which I was granted by the Lt. because he heard me when I said it. At the same time I was trying to get the Lt attention so I could tell him what happen but I was witnessing him tell two of the officers out of the four that sexually assaulted me to go with me to the hospital. I told the Lt. to please not send me with those officers cause they just sexually assaulted me. They was still allowed to come with me to the hospital, when we arrived a Chiness/~~Asian~~ Asian doctor came to approach me but the officers stopped him and told him to treat me for a drug overdose. I try'd to talk to the doctor but he ~~not~~ refused to

listen and I was treated for a drug overdose and sent back without being treated for officers sexually assaulting me. Please review and investigate this case and matter carefully and as soon as possible because I'm being denied and refused my rights and these officers are getting a way with a crime.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| March 31, 2022 | Antoine Flowers |
|---|---|
| **Dated** | **Plaintiff's Signature** |

| Antoine | | Flowers |
|---|---|---|
| **First Name** | **Middle Initial** | **Last Name** |

Attica Correctional Facility P.O Box 149
**Prison Address**

| Attica | New York | 14011 |
|---|---|---|
| **County, City** | **State** | **Zip Code** |

Date on which I am delivering this complaint to prison authorities for mailing: March 31, 2022

Page 6



**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Antoine Flowers    DIN: 21A1240

BUFFALO NY 140
31 MAR 2022 PM 1 L

PRO SE INTAKE
United State District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

RECEIVED APR 04 2022 U.S.D.C. W.P.

RECEIVED APR 04 2022 PRO SE OFFICE