USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOINE EDDIE FLOWERS,

      Plaintiff,

-against-

DETECTIVE DONALD SEHL, *et al.*

      Defendants.

**ORDER**

22-CV-2766 (AT) (JLC)

**JAMES L. COTT United States Magistrate Judge:**

  Plaintiff Antoine Eddie Flowers, proceeding *pro se* and *in forma pauperis*, is entitled to service of process by the United States Marshals Service. *See* 28 U.S.C. § 1915; Fed. R. Civ. P. Rule 4(c)(3). The Clerk of Court is instructed to issue a summons for Defendant Detective Michael Best, complete the USM-285 form with the address for Detective Best, included below, and to deliver all documents necessary to effect service to the U.S. Marshals Service.

  The address for Detective Best is: New York City Police Department 42nd Detective Squad, 830 Washington Avenue, Bronx, New York, 10451.

  **SO ORDERED.**

Dated:  August 30, 2022
     New York, New York

                 _____
                 JAMES L. COTT
                 United States Magistrate Judge