```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTOINE EDDIE FLOWERS                              :
                                                   :      **ORDER**
                        Plaintiff,                 :
        -v-                                        :      22-CV-2766 (AT) (JLC)
                                                   :
DETECTIVE DONALD SEHL, *et al.*,                   :
                                                   :
                        Defendants.                :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

        The Court held an initial conference in this pro se civil rights case today by
telephone.  As a result of the information that plaintiff provided at the conference,
the Court hereby directs plaintiff to make an application – in the form of a letter to
the Court – requesting the appointment of counsel to represent him in this case.  In
this letter, plaintiff should include a description of the evidence that he says is in
his possession to support the allegations in his complaint.  This request for the
appointment of counsel should be submitted to the Court **no later than February
17, 2023**.  Plaintiff is also directed to update his address on file with the Court (and
note that this is a continuing obligation whenever his address changes).

        As further discussed at the conference, the Court will not set a discovery
schedule until the issue of plaintiff's representation has been resolved.

        **SO ORDERED.**

Dated: New York, New York
        January 19, 2023

                                                   _____
                                                   JAMES L. COTT
                                                   United States Magistrate Judge