UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTOINE FLOWERS,

                  Plaintiff,                  22 **CIVIL** 2766 (AT)(JLC)

        -against-                        **JUDGMENT**

DONALD SEHL; FRED DORCH; ALBERT
GONZALEZ; MICHAEL BEST; JOHN DOE
1-2; CITY OF NEW YORK,

                  Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2024, the Court has ADOPTED Judge Cott's R&R in its entirety. Defendants' motion to dismiss for failure to prosecute is GRANTED. Plaintiff's claims are DISMISSED with prejudice because his claims are time-barred. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
         August 6, 2024

                                                    **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                             **BY:**      *K. Mango*

                                                       **Deputy Clerk**